IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of<br><br>NICOLE EMANET,<br><br>Debtor. | NO. 13-36429<br>CHAPTER 13<br><br>JUDGE EUGENE R. WEDOFF |

## NOTICE OF MOTION

TO:

Nicole Emanet
2720 N. Greenview, Unit G
Chicago, IL 60614
**BY U.S. MAIL**

Co-Debtor:
Roberto Parga
2720 N. Greenview, Unit G
Chicago, IL 60614
**BY U.S. MAIL**

Mohammed O. Badwan, Attorney for Debtor       **BY ELECTRONIC TRANSMISSION**
Marilyn O. Marshall, Chapter 13 Trustee              **BY ELECTRONIC TRANSMISSION**

PLEASE TAKE NOTICE that on April 30, 2015, at 9:00 a.m., or as soon thereafter as Counsel may be heard, we shall appear before the Honorable Eugene R. Wedoff, Bankruptcy Judge, at **219 South Dearborn Street, Courtroom #744, Chicago, Illinois**, and then and there present the attached Motion to Modify the Automatic Stay and Co-Debtor Stay, a copy of which is hereby served upon you.

## PROOF OF SERVICE

I, the undersigned attorney, certify that I served a copy of this Notice with Motion to Modify the Automatic Stay and Co-Debtor Stay attached, upon the parties listed above, by the methods specified, from 2056 Ridge Road, Homewood, Illinois 60430 before the hour of 5:00 P.M. on the 23rd day of April, 2015.

BY: _____/s/ Terri M. Long_____
TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois  60430
Phone: (708) 922-3301
Fax:   : (708) 922-3302
Atty. for VW CREDIT, INC., its Successors and/or Assigns

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re the matter of<br><br>NICOLE EMANET,<br><br>Debtor. | NO. 13-36429<br>CHAPTER 13<br><br>JUDGE EUGENE R. WEDOFF |

## MOTION TO MODIFY THE AUTOMATIC STAY AND CO-DEBTOR STAY

Now comes VW CREDIT, INC., its successors and/or assigns, (hereinafter referred to as "Movant), a creditor herein, by TERRI M. LONG, its attorney, and moves this Honorable Court for entry of an Order modifying the restraining provisions of §§362 and 1301 of the Bankruptcy Code, and in support thereof respectfully represents as follows:

1. On September 14, 2013, the Debtor herein filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. Movant is a creditor of the Debtor with respect to a certain indebtedness secured by a lien upon a 2011 Volkswagen Tiguan motor vehicle. The current total outstanding balance due to Movant is $3,968.20.

3. The Debtor has not offered, and Movant is not receiving, adequate protection for its secured interest or depreciating value.

4. Movant will suffer irreparable injury, harm and damage should it be delayed in taking possession of the motor vehicle aforesaid and in foreclosing its security interest therein.

5. According to the Debtor's confirmed plan, the Debtor is the disbursing agent for all payments to creditor.

6. The account is past due in the amount of $1,661.91 through April, which represents approximately three monthly contract payments, including fees and costs.

7. An individual by the name of Roberto Parga is currently protected by the §1301 co-debtor stay.

8. Movant requests that Bankruptcy Rule 4001(a)(3) not apply to any Order granting this motion.

WHEREFORE, VW CREDIT, INC., its successors and/or assigns, prays that this Honorable Court enter an Order modifying the restraining provisions of §§362 and 1301 of the Bankruptcy Code to permit the said VW CREDIT, INC., its successors and/or assigns, to take possession of and to foreclose its security interest in a certain 2011 Volkswagen Tiguan motor vehicle, V.I.N. WVGAV7AX7BW521108, and for such other and further relief as this Court may deem just.

VW CREDIT, INC., its Successors and/or Assigns

BY: /s/ Terri M. Long
TERRI M. LONG

LAW OFFICES OF TERRI M. LONG
2056 Ridge Road
Homewood, Illinois 60430
Phone: (708) 922-3301
Fax   : (708) 922-3302
Atty. for VW CREDIT, INC., its Successors and/or Assigns