# REQUIRED STATEMENT TO ACCOMPANY
# ALL MOTIONS TO MODIFY STAY

All Cases: Debtor(s) __Nicole Emanet___ Case No. __13-36429__ Chapter _13_

All Cases: Name of Moving Creditor __VW Credit, Inc.__ Date Case Filed 9/14/13

Nature of Relief Sought:  X  Lift Stay    Annul Stay    Other (describe)_____

Chapter 13: Date of Confirmation Hearing_____ or Date Plan Confirmed _1/16/14_
Chapter 7:    No-Asset Report Filed on _____
              No-Asset Report not Filed, Date of Creditors Meeting_____

1. Collateral
   a.    Home _____
   b. X  Car Year, Make and Model _2011 VW Tiguan_____
   c.    Other _____

2. Balance Owed as of Petition Date $9,920.74_____
   Total of all other Liens against Collateral $_____

3. In Chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral $14,275.00_____

5. Default
   a.    Pre-Petition Default
         Number of months _____    Amount $ _____
   b. X  Post-Petition Default
         i.  X  On direct payments to the moving creditor (non-filing co-buyer)
                Number of months _3 through 4/15_  Amount $1,661.91, including
                                                          fees and costs.
         ii.     On payments to the Standing Chapter 13 Trustee
                Number of months _____    Amount $ _____
6. Other Allegations
   a.    Lack of Adequate Protection § 362 (d)(1)
         i.    No insurance
         ii.   Taxes unpaid        Amount $ _____
         iii.  Rapidly depreciating asset _____
         iv.   Other

   b.    No Equity and not Necessary for an Effective Reorganization § 362 (d)(2)

   c.    Other "Cause" § 362 (d)(1)
         i.    Bad Faith (describe) _____
         ii.   Multiple filings _____
         iii.  Other (describe) _____

   d.    Debtor's Statement of Intention regarding the Collateral
         i.  Reaffirm   ii.  Redeem   iii.  Surrender   iv.  No Statement of Intention Filed

Date:  4/23/15                              ____/s/ Terri M. Long_____
                                            Counsel for Movant

Creditor: VW Credit, Inc.
Debtor: Nicole Emanet
Case No.: 13-36429
Loan No.: xxxxx7091
Our File No.: 6227-N-9249
Collateral: 2011 VW TIGUAN WVGAV7AX7BW521108

**PAYMENTS RECEIVED**
Loan Status as of April 22, 2015

| Date Received | DR# | Amount Received | Due Date | Amount Due | DT | NSF/Late Charges Assessed | Paid Over/Short |
|---|---|---|---|---|---|---|---|
| **Regular Payments** | | | | | | | |
| 01/03/2011 | 1 | $380.00 | 01/04/2011 | $361.99 | | | $18.01 |
| 02/03/2011 | 1 | $361.99 | 02/04/2011 | $361.99 | | | $0.00 |
| 03/03/2011 | 1 | $361.99 | 03/04/2011 | $361.99 | | | $0.00 |
| 04/02/2011 | 1 | $361.99 | 04/04/2011 | $361.99 | | | $0.00 |
| 05/03/2011 | 1 | $361.99 | 05/04/2011 | $361.99 | | | $0.00 |
| 06/03/2011 | 1 | $361.99 | 06/04/2011 | $361.99 | | | $0.00 |
| 07/02/2011 | 1 | $361.99 | 07/04/2011 | $361.99 | | | $0.00 |
| 08/03/2011 | 1 | $361.99 | 08/04/2011 | $361.99 | | | $0.00 |
| 09/02/2011 | 1 | $361.99 | 09/04/2011 | $361.99 | | | $0.00 |
| 10/03/2011 | 1 | $361.99 | 10/04/2011 | $361.99 | | | $0.00 |
| 11/03/2011 | 1 | $361.99 | 11/04/2011 | $361.99 | | | $0.00 |
| 12/02/2011 | 1 | $361.99 | 12/04/2011 | $361.99 | | | $0.00 |
| 01/03/2012 | 1 | $361.99 | 01/04/2012 | $361.99 | | | $0.00 |
| 02/03/2012 | 1 | $361.99 | 02/04/2012 | $361.99 | | | $0.00 |
| 03/02/2012 | 1 | $361.99 | 03/04/2012 | $361.99 | | | $0.00 |
| 04/03/2012 | 1 | $361.99 | 04/04/2012 | $361.99 | | | $0.00 |
| 05/03/2012 | 1 | $361.99 | 05/04/2012 | $361.99 | | | $0.00 |
| 06/02/2012 | 1 | $361.99 | 06/04/2012 | $361.99 | | | $0.00 |
| 07/20/2012 | 1 | $386.99 | 07/04/2012 | | | $25.00 | $361.99 |
| 07/25/2012 | 1 | ($386.99) | | | | | ($386.99) |
| 07/27/2012 | 1 | $386.99 | | | | | $386.99 |
| 08/03/2012 | 1 | $361.99 | 08/04/2012 | $361.99 | | | $0.00 |
| 09/07/2012 | 1 | $361.99 | 09/04/2012 | $361.99 | | | $0.00 |
| 10/08/2012 | 1 | $361.99 | 10/04/2012 | $361.99 | | | $0.00 |
| 11/05/2012 | 1 | $361.99 | 11/04/2012 | $361.99 | | | $0.00 |
| 12/28/2012 | 1 | $380.09 | 12/04/2012 | $361.99 | | $18.10 | $0.00 |
| 01/28/2013 | 1 | $381.00 | 01/04/2013 | $361.99 | | $18.10 | $0.91 |
| 02/16/2013 | 1 | $343.85 | 02/04/2013 | $361.99 | | $18.05 | ($36.19) |
| 03/09/2013 | 1 | $361.12 | 03/04/2013 | $361.99 | | | ($0.87) |
| 04/16/2013 | 1 | $362.00 | 04/04/2013 | $361.99 | | | $0.01 |
| 05/10/2013 | 1 | $362.00 | 05/04/2013 | $361.99 | | | $0.01 |
| 06/25/2013 | 1 | $400.00 | 06/04/2013 | $361.99 | | $18.10 | $19.91 |
| 07/23/2013 | 1 | ($400.00) | 07/20/2013 | $361.99 | | | ($761.99) |
| 07/23/2013 | 2 | $400.00 | | | | | $400.00 |
| 07/26/2013 | 1 | $377.26 | | | | | $377.26 |
| 08/30/2013 | 1 | $0.00 | 08/20/2013 | $361.99 | | $17.24 | ($379.23) |
| 09/09/2013 | 1 | $362.13 | 09/20/2013 | $361.99 | | | $0.14 |
| 10/08/2013 | 1 | $361.99 | 10/20/2013 | $361.99 | | | $0.00 |
| 10/24/2013 | 1 | $361.99 | | | | | $361.99 |
| 11/30/2013 | 1 | $0.00 | 11/20/2013 | $361.99 | | | ($361.99) |
| 12/13/2013 | 1 | $361.99 | 12/20/2013 | $361.99 | | | $0.00 |
| 01/18/2014 | 1 | $361.99 | 01/20/2014 | $361.99 | | | $0.00 |
| 02/18/2014 | 1 | $723.98 | 02/20/2014 | $361.99 | | | $361.99 |
| 03/30/2014 | 1 | $0.00 | 03/20/2014 | $361.99 | | | ($361.99) |
| 04/15/2014 | 1 | $362.00 | 04/20/2014 | $361.99 | | | $0.01 |
| 05/07/2014 | 1 | $362.00 | 05/20/2014 | $361.99 | | | $0.01 |
| 06/20/2014 | 1 | $362.00 | 06/20/2014 | $361.99 | | | $0.01 |
| 07/03/2014 | 1 | $362.00 | 07/20/2014 | $361.99 | | | $0.01 |
| 07/25/2014 | 1 | $362.00 | | | | | $362.00 |
| 08/26/2014 | 1 | $362.00 | 08/20/2014 | $361.99 | | | $0.01 |

| Date | | Amount | Date | Amount | | Balance |
|---|---|---|---|---|---|---|
| 09/30/2014 | 1 | $0.00 | 09/20/2014 | $361.99 | | ($361.99) |
| 10/21/2014 | 1 | $362.00 | 10/20/2014 | $361.99 | | $0.01 |
| 11/25/2014 | 1 | $362.00 | 11/20/2014 | $361.99 | | $0.01 |
| 12/30/2014 | 1 | $0.00 | 12/20/2014 | $361.99 | | ($361.99) |
| 01/03/2015 | 1 | $362.00 | 01/20/2015 | $361.99 | | $0.01 |
| 02/12/2015 | 1 | $362.00 | 02/20/2015 | $361.99 | | $0.01 |
| 03/13/2015 | 1 | $0.00 | 03/20/2015 | $361.99 | | ($361.99) |
| 04/22/2015 | 1 | $0.00 | 04/20/2015 | $361.99 | | ($361.99) |
| Total: | | $17,490.17 | | $18,461.49 | $114.59 | ($1,085.91) |

*+ 400 fees*
*+ 176 costs*
_____
*$1661.91 Thru 4/15*